No. 88–5783. CHRISTIAN *v.* LARKIN ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.

Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hardin* v. *Straub, ante,* p. 536. 